UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-145 (MJD/JGL)

MARIPOSA ASKEROOTH,

Plaintiff,

v.

**PRETRIAL ORDER**

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

2. Plaintiff shall disclose all expert witnesses by September 1, 2001, and reports by October 1, 2001; Defendant shall disclose all expert witnesses by October 1, 2001, and reports by November 1, 2001;

3. The period during which the parties may seek discovery shall be completed by December 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002; and

6. This case will be considered "ready for trial" as of April 1, 2002.

DATED: April 20, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed APR 2 0 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________